**I**

**Walter L. BRYANT, as Trustee, etc., Plaintiff Appellee, v. STATE BANK, Defendant Appellant.**

(Circuit Court of Appeals, Second Circuit. November 16, 1925.)

No. 86.

Appeal from the District Court of the United States for the Southern District of New York.

Arthur Leonard Ross, of New York City, for trustee.

Max Silverstein, of New York City (Abraham Rickman, of New York City, of counsel), for defendant.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

═══

**2**

**Charles CASAZZA, Plaintiff Appellant, v. Palmer CANFIELD, Individually, etc., Defendant Appellee.**

(Circuit Court of Appeals, Second Circuit. December 9, 1925.)

No. 139.

Appeal from the District Court of the United States for the Southern District of New York.

Keron F. Dwyer, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Robert B. Watts, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

**3**

**Victor DONATO, Jr., Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. November 5, 1925.)

No. 85.

In Error to the District Court of the United States for the Eastern District of New York.

Bertram M. Manne, of Brooklyn, N. Y., for plaintiff in error.

Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Wm. A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

═══

**4**

**In the Matter of FRED STERN & CO., Inc., Bankrupt; George Rea, Petitioner Appellant.**

(Circuit Court of Appeals, Second Circuit. January 4, 1926.)

No. 149.

Appeal from Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Louis Marshall and James Marshall, both of New York City, for appellant.

Zalkin & Cohen, of New York City (Charles J. Lane, Herbert R. Limburg, and Michael H. Cardozo, Jr., all of New York City, of counsel), for trustee in bankruptcy.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. The appeal herein is dismissed, and upon petition to revise the order under review is affirmed, with costs.